UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-MJ-117-SMM

FILED BY ⟨JAR⟩ D.C.
AUG 24 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

v.

DAVID WALTER LANESKI,

    Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   s/ Justin L. Hoover
      _____
      JUSTIN L. HOOVER
      ASSISTANT UNITED STATES ATTORNEY
      District Court No. A5502493
      101 South U.S. Highway 1, Suite 3100
      Fort Pierce, Florida 34950
      Tel:   772-466-0899
      Fax:   772-466-1020
      Email: Justin.Hoover@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint                                          AUSA Justin Hoover

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _JAR_ D.C.
AUG 24 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

United States of America )
v. )
)  Case No.
DAVID WALTER LANESKI, )
)           22-MJ-117-SMM
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 23, 2022** in the county of **St. Lucie** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Josh Miller, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: August 24, 2022

_____
Judge's signature

City and state: Fort Pierce, Florida        Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, Special Agent Josh Miller, Homeland Security Investigations, having been first duly sworn, does hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I currently serve as a Special Agent with Homeland Security Investigations ("HSI") and am currently assigned to Fort Pierce, Florida. I have been employed as a HSI Special Agent since March 2008. I was previously employed as a Customs and Border Protection ("CBP") Officer from February of 2003 to March of 2008. I have completed the Criminal Investigator Training Program, Immigration and Customs Enforcement Special Agent Training Program and the United States Customs Inspector Basic Training Course at the Federal Law Enforcement Training Center regarding the proper investigative techniques relating to violations of federal laws, including the importation of controlled substances, firearms violations and the application and execution of search and arrest warrants.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information from other law enforcement officers who have investigated this matter, or other individuals who have personal knowledge of the facts herein. As such, this affidavit does not contain all the information known regarding this investigation, but rather only those facts necessary to establish the requisite probable cause.

## PROBABLE CAUSE

3. On August 9, 2022, U.S. Customs and Border Protection ("CBP") Officers at the International Mail Facility at the port of Miami, Florida, intercepted a Netherlands Post parcel shipped from the Netherlands and addressed to Daniel LANESKI at his residence in Port St. Lucie, Florida. Pursuant to their border search authority, CBP Officers subsequently opened the parcel,

1

which contained two containers with what appeared to be two psilocybin mushroom grow kits. The total weight of the two containers was 1.5 kilograms. A records check revealed that LANESKI was currently on federal supervised release (14-14061-CR-RLR), and the United States Probation Officer confirmed LANESKI's home address.

4. On August 19, 2022, I applied for and received a tracking warrant (22-MJ-109-SMM) for the parcel and an anticipatory search warrant (22-MJ-110-SMM) for LANESKI's residence.

5. On August 23, 2022, pursuant to the above warrants, HSI agents conducted a search of LANESKI's residence. Agents identified a bedroom that LANESKI shares with a significant other, K.S. ("Bedroom 1"). K.S. and two other residents of the home identified Bedroom 1 as being shared by LANESKI and K.S.

6. During a search of Bedroom 1, agents discovered a loaded Rock Island Armory 9mm pistol on a shelf near the bed. Also on the shelf, agents found a medical marijuana printout labeled with LANESKI's name.

7. Post-<u>Miranda</u>, K.S. stated that she does not own any firearms and denied any knowledge of the pistol in Bedroom 1. The other two residents also denied any knowledge of the pistol in Bedroom 1.

8. Agents also searched a safe in a hallway at the residence. Inside the safe, agents found what appears to be a polymer firearm with no identifiable serial number. The firearm was found next to identification belonging to LANESKI. The key to the safe was found in Bedroom 1.

9. Later during the search, LANESKI was observed approaching his residence on a motorcycle. As LANESKI slowed down near his house, it was apparent that he realized law

2

enforcement was at his house, and LANESKI continued down the street. HSI agents attempted to stop him and eventually LANESKI stopped near the intersection of SE W. Snow Road and Southbend Boulevard in Port St. Lucie, Florida. LANESKI was then placed under arrest.

10. As HSI agents were talking to LANESKI, a passerby stopped near the intersection of SE W Snow Road and SE Navy Avenue, within eyesight of HSI, and put on his vehicle's flashers. This intersection was on the path that LANEKSI took after passing by his house. The passerby waved his arms to alert law enforcement. Agents approached the passerby, and learned that he discovered a firearm laying in the street and a holster laying in the grass near the street.

11. HSI recovered the firearm, which was a Colt .38 Special, and a holster. The firearm appeared to have been recently dropped there, based on a scuff mark on the grip of the gun. The Colt was loaded with 6 rounds of ammunition.

12. LANESKI is currently on federal supervised release, having previously been convicted of being a felon in possession of a firearm (14-CR-14061-RLR). Defendant was originally sentenced on February 20, 2015, and according to an amended judgment, was sentenced on June 19, 2018, to 70 months' incarceration, followed by 3 years' supervised release.

13. ATF Special Agent and interstate nexus expert Michael Kelly advised me that the above-referenced Rock Island Armory 9mm caliber semi-automatic pistol was manufactured outside the State of Florida, and thus traveled in and affected interstate or foreign commerce, and that it qualifies as a "firearm" as described in Title 18, United States Code, Section 921(a)(3).

## CONCLUSION

14. Based upon the foregoing, I respectfully submit that there is probable cause to believe that on or about August 23, 2022, David LANEKSI possessed a firearm and ammunition

knowing that he was a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), as set forth herein.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Josh Miller
Special Agent
Homeland Security Investigations

Sworn to before me, by videoconference, in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure, this 24th day of August, 2022, in Fort Pierce, Florida.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

4